# United States Court of Appeals

### for the Seventh Circuit

Chambers of
Judge Ilana Diamond Rovner

219 South Dearborn Street
Chicago, Illinois 60604

(312) 435-5608 Telephone

October 2, 2008

Honorable Ortie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2007 Filing

Dear Judge Smith:

In response to your attached letter dated September 22, 2008, I am providing the following additional information:

- Regarding Part VII, Page 8, line 71:
Cash & Sweep Money Market Fund, listed as part of IRA Acct #7, is maintained at Charles Schwab under the name Schwab Cash Reserves.

- Regarding Part VII, Page 15, lines 203 and 204:
Please see the attached amplification of Retirement Acct. #2 and Retirement Acct. #3.

Please let me know if there are any further questions.

Sincerely,



Ilana Diamond Rovner

Judge Ilana Rovner
Amplification of Retirement Accounts

Column A

## Line 203- Retirement Acct. #2:
- Fidelity Cash Reserve

## Line 204- Retirement Acct. #3:
- Fidelity Cash Reserve
- Fid Canada
- Fid Contrafund
- Fid Europe
- Fid Intl Real Estate
- Fid Latin America
- Fid Sel Chemicals
- Fid Sel Defense
- Fid Sel Energy Svcs
- Fid Sel Gold
- Fid Sel Natural Gas
- Fid Sel Natural Res
- Fid Sel Technology
- Fid Sel Telecomm
- Fid Sel Utilities Gr
- Fid Southeast Asia
- Fidelity Emerging Mrkts
- Fidelity Nordic
- Spartan US Eq Index

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rovner, Ilana D | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>08/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn St.<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Emeritus, Board of Trustees | ███████████ |
| 2. Member, Board of Overseers | ███████████ |
| 3. Member, Board of Directors | ███████████ |
| 4. Trustee | Trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | ▆▆▆▆▆▆▆▆▆▆ |
| 2. | 2007 | ▆▆▆▆▆▆ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Partial Honorary Membership | ████████ | $ 1800.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiMortgage | Cosigner ████ mortgage. | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | A | Dividend | J | T | | | | | |
| 2. State of Israel Bonds | A | Interest | J | T | Redeem | 9/10 | J | | |
| 3. Brokerage Acct #1 | | | | | | | | | |
| 4. -Fidelity Municipal MMF | A | Interest | J | T | | | | | |
| 5. IRA Acct #1 | B | Dividend | J | T | | | | | |
| 6. -ML Bank USA Rasp | | | | | | | | | |
| 7. -Eaton Vance Tax Advantage | | | | | | | | | |
| 8. -Old Mutual/Claymore Shrt Fund | | | | | | | | | |
| 9. IRA Acct #2 | B | Dividend | J | T | | | | | |
| 10. | A | Distribution | | | | | | | |
| 11. -Advent Claymore (Y) | | | | | Sold 4/1/05 | | | | See note in Part VIII. |
| 12. -ML Bank USA Rasp | | | | | | | | | |
| 13. -Blackrock Enhanced Equity Yield Fund | | | | | Sell Part. | 10/2 | J | | fka Enhanced Equity Yield |
| 14. Investment Club | A | Dividend | N | T | | | | | |
| 15. -Royal Dutch Petroleum Common Stock | | | | | | | | | |
| 16. -Cisco Systems Common Stock | | | | | | | | | |
| 17. -JP Morgan Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -JP Morgan Liquid Assets MMKT | | | | | Sell | 7/3 | K | | |
| 19.   -JP Morgan 100% US Treas Sec MM Reserve (RJTXX) | | | | | Opened | 7/3 | K | | |
| 20.   -Aegon N Visin | | | | | | | | | |
| 21.   -Apple Computer Inc. | | | | | | | | | |
| 22.   -Atherogenics, Inc. | | | | | Buy | 5/30 | J | | |
| 23. | | | | | Buy | 11/9 | J | | |
| 24. | | | | | Buy | 11/13 | J | | |
| 25. | | | | | Sell | 12/3 | J | | |
| 26.   -EOG Resources, Inc. | | | | | Buy | 7/19 | J | | |
| 27.   -Everest Reinsurance Group, Ltd. | | | | | Buy | 5/29 | K | | |
| 28.   -Glaxonsmithkline PLC | | | | | Sell | 5/29 | J | A | |
| 29.   -Haynes Intl Inc. | | | | | Buy | 10/2 | J | | |
| 30.   -Intuitive Surgical Inc. | | | | | Buy | 3/5 | J | | |
| 31. | | | | | Sell Part. | 10/29 | K | D | |
| 32. | | | | | Sell | 11/14 | J | D | |
| 33.   -Ishares Inc. MSCI Pacific Japan Index Fund | | | . | | | | | | |
| 34.   -Motorola Inc. | | | | | Sell | 2/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ishares Inc MSCI Japan Index Fund | | | | | | | | | |
| 36. -Lone Star Technologies, Inc. | | | | | Buy | 4/2 | J | | |
| 37. | | | | | Sell | 4/30 | J | C | |
| 38. -Procter & Gamble Co. | | | | | | | | | |
| 39. -Travelers Cos. Inc. | | | | | Sell | 10/29 | J | B | f.k.a. St. Paul Travelers |
| 40. -Berkley WR Corp | | | | | | | | | |
| 41. -BHP Billiton Ltd. | | | | | | | | | |
| 42. -Grupo Televisa SA Spons Adr | | | | | Sell | 8/3 | J | C | |
| 43. -Johnson & Johnson | | | | | Sell | 4/2 | J | | |
| 44. -Nordic American Tanker Shipping, Ltd. | | | | | Buy | 10/29 | J | | |
| 45. -Patriot Coal Corp. | | | | | Distribution | 11/1 | J | | Spin-off from Peabody |
| 46. -Peabody Energy Corp | | | | | Buy | 4/30 | J | | |
| 47. -Schlumberger Ltd. Spons Adr | | | | | Buy | 11/30 | J | | |
| 48. -Taiwan Semiconductor | | | | | | | | | |
| 49. -Tata Mtrs Ltd. Spons Adr | | | | | Buy | 12/3 | J | | |
| 50. -UPS Inc. CL B | | | | | Sell | 4/3 | J | | |
| 51. -Walgreen Company | | | | | Buy | 7/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA Acct #3 | A | Dividend | K | T | | | | | |
| 53. -Fidelity Latin America | | | | | Buy | 5/21 | J | | Enchanged from Fid.Real Es |
| 54. -Fidelity Real Estate Investment | | | | | Sell | 5/21 | J | | Exchanged to Fid. Latin Am |
| 55. IRA Acct. #4 | A | Dividend | J | T | | | | | |
| 56. -VMMR Federal Portfolio | | | | | | | | | |
| 57. IRA Acct #5 | A | Dividend | K | T | | | | | |
| 58. -Fidelity Cash Reserves | | | | | | | | | |
| 59. -Fidelity Latin America Fund | | | | | | | | | |
| 60. IRA Acct #6 | B | Dividend | K | T | | | | | |
| 61. | B | Distribution | | | | | | | |
| 62. -VSP Energy | | | | | Buy | 3/21 | J | | |
| 63. | | | | | Buy | 12/17 | J | | |
| 64. | | | | | Sell Part. | 12/24 | J | | |
| 65. JP Morgan Chase Accounts | B | Interest | J | T | | | | | |
| 66. Retirement Acct. #1 | A | Interest | J | T | | | | | |
| 67. -Teachers Ins & Ann Assn | | | | | | | | | |
| 68. -Coll Rtrnnt Equ Fd | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   IRA Acct #7 | E | Int./Div. | O | T | | | | | |
| 70. | E | Distribution | | | | | | | |
| 71.   -Cash & Sweep MMF | | | | | | | | | |
| 72.   -Alliance Res Partners LP | | | | | | | | | |
| 73.   -Vanguard Short Term Investmt Grade Fd | | | | | | | | | |
| 74.   -Abercrombie & Fitch Cl A | | | | | Sell Part. | 1/3 | K | D | |
| 75. | | | | | Sell | 2/28 | K | D | |
| 76.   -TRowe Price New Era Fd | | | | | | | | | |
| 77.   -Conocophillips | | | | | | | | | |
| 78.   -Titanium Metals Corp New | | | | | Expired | 3/17 | | | Option Expired |
| 79.   -Akamai Technologies | | | | | | | | | |
| 80.   -Aluminum Corp. China ADRF | | | | | Sell Part. | 1/3 | J | B | |
| 81. | | | | | Sell Part. | 2/28 | J | A | |
| 82. | | | | | Sell Part. | 9/11 | J | D | |
| 83.   -American Cap Strategies | | | | | Sell Part. | 3/5 | K | D | |
| 84.   -American Cap Strategies (Call) | | | | | Buy | 6/21 | J | | |
| 85. | | | | | Sell | 8/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Arch Coal Inc. | | | | | Sell Part. | 1/3 | J | | |
| 87. | | | | | Sell Part. | 1/17 | J | | |
| 88. | | | | | Sell | 7/18 | J | A | |
| 89. -BHP Billiton Ltd Adr | | | | | Sell | 1/3 | K | | |
| 90. -Canetic Resource Trust | | | | | Sell | 1/17 | J | | |
| 91. -Citrix Systems Inc. | | | | | Sell | 1/3 | J | | |
| 92. -Companhia Vale Do Adr | | | | | Sell Part. | 1/3 | J | A | |
| 93. | | | | | Sell Part. | 3/5 | J | B | |
| 94. | | | | | Buy | 10/15 | K | | |
| 95. | | | | | Sell | 11/21 | K | C | |
| 96. -Corning Inc. | | | | | Sell | 1/3 | K | | |
| 97. -Cytrx Corp. New | | | | | Sell | 1/3 | J | B | |
| 98. -Enterra Energy Trust | | | | | Sell | 1/3 | J | | |
| 99. -Goldcorp. Inc. New | | | | | Sell | 1/17 | J | | |
| 100. -Grupo Televisa SA De CVF | | | | | Sell Part. | 8/8 | J | B | |
| 101. | | | | | Sell | 11/12 | J | A | |
| 102. -Halliburton Co Hldg Co | | | | | Sell Part. | 1/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sell Part. | 1/17 | J | | |
| 104. | | | | | Sell | 2/1 | J | | |
| 105. -ITT Educ Svcs Inc. | | | | | Sell Part. | 1/3 | J | B | |
| 106. | | | | | Sell Part. | 7/27 | J | C | |
| 107. | | | | | Sell | 8/10 | J | C | |
| 108. -Isis Pharmaceuticals Inc. | | | | | Sell Part. | 1/3 | J | B | |
| 109. -Myriad Genetics, Inc. | | | | | Sell Part. | 1/4 | K | B | |
| 110. | | | | | Buy | 3/14 | K | | |
| 111. | | | | | Sell Part. | 7/27 | K | D | |
| 112. | | | | | Sell Part. | 10/18 | J | D | |
| 113. | | | | | Sell Part. | 10/22 | J | D | |
| 114. | | | | | Sell | 11/8 | K | D | |
| 115. | | | | | Buy | 12/7 | K | | |
| 116. | | | | | Sell Part. | 12/11 | J | | |
| 117. | | | | | Buy | 12/21 | K | | |
| 118. -Natural Resource Ptnr LP | | | | | Sell Part. | 3/5 | K | C | |
| 119. | | | | | Sell | 7/26 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Nymex Holdings | | | | | Sell | 1/3 | J | | |
| 121.  -Public Storage 6.45% Pfd | | | | | Sell | 10/11 | K | | |
| 122.  -Schnitzer Stl Inds Cl A | | | | | Sell Part. | 1/3 | J | B | |
| 123. | | | | | Sell Part. | 10/29 | J | C | |
| 124. | | | | | Sell | 11/12 | J | C | |
| 125. | | | | | Buy | 12/7 | J | | |
| 126. | | | | | Sell Part. | 12/11 | J | | |
| 127.  -Taiwan Semiconductor ADRF | | | | | Sell Part. | 6/8 | J | A | |
| 128. | | | | | Sell Part. | 7/27 | J | A | |
| 129. | | | | | Sell | 11/12 | J | | |
| 130.  -Unicredito Ital Spa ORDF | | | | | | | | | |
| 131.  -Matthews India Fund | | | | | | | | | |
| 132.  -Boston Scientific (Call) | | | | | Redeemed | 1/19 | K | | Used option to buy stock |
| 133.  -Boston Scientific Corp. | | | | | Buy | 1/19 | K | | Bought by redeemed option |
| 134. | | | | | Sell | 1/24 | K | | |
| 135.  -Lamar Advertising | | | | | Sell | 4/16 | J | | |
| 136.  -Ishares Trust Index Fund FTSE Xinhua HK | | | | | Sell Part. | 1/3 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sell Part. | 3/5 | J | | |
| 138. | | | | | Buy | 9/28 | J | | |
| 139. | | | | | Sell | 11/8 | K | C | |
| 140. -MS Cap Trust VI 6.60%46 | | | | | Sell | 10/11 | K | | |
| 141. -Novastar Financial Inc. REIT | | | | | Sell | 1/3 | J | | |
| 142. -Altria Group, Inc. | | | | | Buy | 2/1 | K | | |
| 143. | | | | | Buy | 4/11 | J | | |
| 144. | | | | | Buy | 7/11 | J | | |
| 145. | | | | | Sell Part. | 8/10 | J | A | |
| 146. | | | | | Sell | 8/23 | J | A | |
| 147. -Amern Home Mortgage INVT REIT | | | | | Buy | 6/15 | K | | |
| 148. | | | | | Sell | 7/12 | K | | |
| 149. -Archer-Daniels-Midland Co. | | | | | Buy | 3/30 | K | | |
| 150. | | | | | Buy | 4/17 | K | | |
| 151. | | | | | Sell Part. | 5/29 | K | | |
| 152. | | | | | Sell | 11/12 | J | | |
| 153. | | | | | Buy | 12/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.; div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Barrick Gold Corp. | | | | | Buy | 11/5 | K | | |
| 155.  -Boeing Co. | | | | | Buy | 2/9 | K | | |
| 156. | | | | | Sell Part. | 10/11 | K | B | |
| 157. | | | | | Sell | 11/12 | J | A | |
| 158.  -Boston Scientific Corp. | | | | | Buy | 1/19 | K | | |
| 159. | | | | | Sell | 1/24 | K | | |
| 160.  -BP PLC ADR | | | | | Buy | 3/7 | K | | |
| 161. | | | | | Sell Part. | 7/27 | J | B | |
| 162. | | | | | Sell | 11/12 | K | C | |
| 163.  -New Century Financial (Call) | | | | | Buy | 2/15 | K | | |
| 164. | | | | | Expired | 5/19 | | | Option Expired |
| 165.  -Discover Financial Svcs | | | | | Buy | 6/18 | J | | |
| 166. | | | | | Sell | 7/27 | J | | |
| 167.  -Esco Technologies, Inc. | | | | | Buy | 1/26 | K | | |
| 168. | | | | | Sell Part. | 2/28 | J | | |
| 169. | | | | | Sell | 6/21 | J | | |
| 170.  -Freeport McMorn 6.75% Pfd 6.75% Conv Pfd | | | | | Buy | 4/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sell | 11/8 | K | D | |
| 172. | | | | | Buy | 12/6 | K | | |
| 173. | | | | | Sell | 12/11 | K | | |
| 174.  -Kraft Foods, Inc. | | | | | Buy | 2/1 | J | | |
| 175. | | | | | Sell Part. | 4/2 | J | A | |
| 176. | | | | | Sell | 11/12 | J | A | |
| 177.  -Medivation, Inc. | | | | | Buy | 6/11 | K | | |
| 178. | | | | | Sell | 7/27 | K | | |
| 179.  -Morgan Stanley | | | | | Buy | 6/18 | K | | |
| 180. | | | | | Sell Part. | 7/26 | J | | |
| 181. | | | | | Sell | 8/31 | J | | |
| 182.  -NYSE Euronext | | | | | Buy | 1/5 | J | | |
| 183. | | | | | Sell | 7/26 | J | | |
| 184.  -NYSE Group, Inc. | | | | | Buy | 1/5 | J | | |
| 185. | | | | | Sell | 3/5 | J | | |
| 186.  -Petroleo Brasileiro ADR | | | | | Buy | 11/2 | K | | |
| 187. | | | | | Sell | 11/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Powershs DB Multi Sector Powershs Fund | | | | | Buy | 1/16 | K | | |
| 189. | | | | | Sell Part. | 1/22 | J | | |
| 190. | | | | | Sell | 10/29 | J | B | |
| 191. -Reynolds American, Inc. | | | | | Buy | 8/20 | K | | |
| 192. | | | | | Sell | 10/11 | K | | |
| 193. -Western Alliance Bancorp | | | | | Buy | 5/10 | K | | |
| 194. | | | | | Sell | 7/26 | J | | |
| 195. -Wynn Resorts | | | | | Buy | 9/28 | J | | |
| 196. -Yamana Gold Inc. | | | | | Buy | 1/16 | J | | |
| 197. Brokerage Acct. #2 | | | | | | | | | |
| 198. -Schwab Tax Exempt MMF | B | Interest | J | T | | | | | |
| 199. -Vanguard 500 Index Fund | A | Dividend | | | Sell | 4/20 | J | A | |
| 200. -Allegheny Tech, Inc. | | None | | | Sell Part. | 6/29 | J | B | |
| 201. | | | | | Sell | 10/12 | J | | |
| 202. -Daktronics, Inc. | | None | | | Sell | 2/2 | J | | |
| 203. Retirement Acct. #2 | A | Int./Div. | J | T | | | | | |
| 204. Retirement Acct. #3 | E | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  Sun Life Main Register Common Shares | A | Dividend | J | T | | | | | |
| 206.  Brokerage Acct #3 | | | | | | | | | |
| 207.  -Bank of America Corp. | B | Dividend | | | Sell Part. | 8/16 | K | D | |
| 208. | | | | | Sell | 11/21 | K | | |
| 209.  -MB Finl Inc. New | A | Dividend | K | T | Sell Part. | 9/24 | K | D | |
| 210.  -Provident Energy Trust Canada | B | Dividend | J | T | | | | | |
| 211.  -Easton PA Area JT Sch Rev Bonds | A | Interest | | | Redemption | 4/16 | K | | |
| 212.  -Wisconsin St Health & Edl Facs Auth Rev Bonds | C | Interest | | | Redemption | 12/5 | L | A | |
| 213.  -IL State Bonds | | None | | | Redemption. | 8/1 | K | D | |
| 214.  -Cameco Corp. | A | Dividend | J | T | | | | | |
| 215.  -Zhone Technologies, Inc. | | None | J | T | | | | | |
| 216.  -Al Frank Dividend Value Fund | B | Dividend | K | T | | | | | |
| 217.  -Core Account- Cash | D | Interest | N | T | | | | | |
| 218.  -Fidelity AMT Tax-Free Money Fund (FIMXX) | C | Interest | M | T | Opened | 12/11 | M | | |
| 219.  -Aluminum Corp. China Ltd. Spon ADR Repstg H Shs | | None | | | Sell | 3/5 | K | | |
| 220.  -Amgen Inc. | | None | J | T | Sell Part. | 3/5 | K | | |
| 221.  -Canetic Res Tr Com | A | Dividend | | | Sell Part. | 1/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sell | 1/29 | J | | |
| 223.  -Companhia Vale Do Rio Doce Spons Adr | A | Dividend | | | Sell Part. | 7/26 | J | D | |
| 224. | | | | | Sell | 8/16 | J | B | |
| 225. | | | | | Buy | 10/15 | K | | |
| 226. | | | | | Sell | 11/21 | K | | |
| 227. | | | | | Buy | 12/3 | K | | |
| 228. | | | | | Sell | 12/11 | K | | |
| 229.  -Companhia Siderurgica Nacional Spons Adr | | None | | | Buy | 1/1 | K | | |
| 230. | | | | | Sell Part. | 1/29 | J | | |
| 231. | | | | | Sell | 2/28 | J | B | |
| 232.  -Corning, Inc. | | None | | | Sell | 1/4 | J | | |
| 233.  -Curagen Corp. | | None | | | Sell | 4/30 | J | | |
| 234.  -Enterra Energy Tr Units | A | Dividend | | | Sell | 1/11 | K | | |
| 235.  -Grupo Televisa SA Spons Adr Repstg Ord Partn | A | Dividend | J | T | | | | | |
| 236.  -ITT Educational Svcs Inc. | | None | | | Redeem Part. | 8/1 | J | C | |
| 237. | | | | | Redemption | 8/16 | J | B | |
| 238.  -Ishares Inc MSCI Brazil Free Index Fund | | None | | | Sell Part. | 2/28 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sell Part. | 7/26 | J | B | |
| 240. | | | | | Sell | 7/27 | J | B | |
| 241.  -Ishares Tr FTSE Xinhua HK China 25 Index Fd | | None | | | Sell | 2/28 | K | A | |
| 242. | | | | | Buy | 12/3 | K | | |
| 243. | | | | | Sell | 12/11 | K | | |
| 244.  -Medarex, Inc. | | None | | | Sell | 1/29 | J | | |
| 245.  -Natural Resource Partners LP | A | Int./Div. | | | Sell Part. | 3/5 | K | C | |
| 246. | A | Royalty | | | Sell | 7/26 | J | B | |
| 247.  -Schnitzer Stl Inds | A | Dividend | J | T | Sell Part. | 11/8 | K | D | |
| 248. | | | | | Buy | 12/7 | K | | |
| 249. | | | | | Sell Part. | 12/11 | K | | |
| 250.  -Southern Copper Corp. Del Com | | None | | | Sell | 1/4 | J | | |
| 251.  -Streettracks Gold Tr Gold Shs | | None | K | T | | | | | |
| 252.  -Taiwan Semiconductor Mfg Co Ltd. One Adr | A | Dividend | | | Buy | 7/12 | J | | |
| 253. | | | | | Sell Part. | 7/12 | J | A | |
| 254. | | | | | Sell | 11/21 | K | | |
| 255.  -UPS Inc. CL B | A | Dividend | | | Sell Part. | 8/1 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sell | 11/16 | J | A | |
| 257.  -American Capital Strategies Ltd | A | Dividend | | | Buy | 1/1 | J | | |
| 258. | | | | | Buy | 3/23 | K | | |
| 259. | | | | | Sell Part. | 7/26 | K | | |
| 260. | | | | | Sell | 7/27 | J | | |
| 261.  -India Fd Inc. | | None | | | Buy | 1/1 | K | | |
| 262. | | | | | Sell Part. | 1/11 | K | | |
| 263. | | | | | Sell | 1/29 | J | | |
| 264.  -Altria | A | Dividend | | | Buy | 2/1 | K | | |
| 265. | | | | | Sell | 8/16 | K | | |
| 266.  -Archer Daniels Midland | A | Dividend | | | Buy | 4/18 | K | | |
| 267. | | | | | Sell Part. | 7/23 | J | | |
| 268. | | | | | Sell | 8/2 | J | | |
| 269.  -Carpenter Technology Corp | A | Dividend | | | Buy | 4/25 | K | | |
| 270. | | | | | Sell Part. | 7/26 | J | | |
| 271. | | | | | Sell | 8/2 | J | | |
| 272.  -Chicos Fas Inc. | | None | | | Buy | 1/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sell | 1/29 | K | | |
| 274. -Citigroup Inc. | A | Dividend | | | Buy | 3/7 | K | | |
| 275. | | | | | Sell Part. | 8/16 | J | | |
| 276. | | | | | Sell | 8/31 | J | | |
| 277. -DST Systems Inc. | | None | | | Buy | 2/12 | K | | |
| 278. | | | | | Sell | 3/5 | K | | |
| 279. -ESCO Technologies Inc. | | None | | | Buy | 2/6 | K | | |
| 280. | | | | | Sell Part. | 2/28 | J | | |
| 281. | | | | | Sell Part. | 3/1 | J | | |
| 282. | | | | | Sell | 3/2 | J | | |
| 283. -Fidelity Latin America | | None | | | Buy | 10/15 | K | | |
| 284. | | | | | Sell | 11/16 | K | | |
| 285. -Fidelity Short- Interm. Muni Income | A | Interest | L | T | Buy | 12/10 | K | | |
| 286. -Fidelity Intermediate Muni Income | A | Dividend | M | T | Buy | 12/10 | K | | |
| 287. | A | Interest | | | Buy | 12/11 | L | | |
| 288. -Freeport McMoran Copper & Gold Inc. | A | Dividend | | | Buy | 4/18 | K | | |
| 289. | | | | | Sell Part. | 7/27 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sell | 8/16 | J | | |
| 291. | | | | | Buy | 12/6 | K | | |
| 292. | | | | | Sell | 12/11 | K | A | |
| 293. -Genentech Inc | | None | | | Buy | 1/23 | K | | |
| 294. | | | | | Sell Part. | 1/29 | J | | |
| 295. | | | | | Sell | 3/5 | J | | |
| 296. -IShares Tr S&P Natl Mun Bd Fd | A | Interest | L | T | Buy | 11/26 | L | | |
| 297. -Kraft Foods Inc. Cl A | A | Dividend | J | T | Buy | 4/5 | J | | |
| 298. | | | | | Sell Part. | 4/5 | J | A | |
| 299. -Myriad Genetics Inc. | | None | | | Buy | 3/8 | K | | |
| 300. | | | | | Sell Part. | 8/2 | K | B | |
| 301. | | | | | Buy | 8/7 | K | | |
| 302. | | | | | Sell | 11/8 | K | D | |
| 303. -New Centy Finl Corp MD Com | | None | | | Buy | 2/15 | K | | |
| 304. | | | | | Sell | 2/28 | K | | |
| 305. -Pimco Calif Mun Income Fd II Com | A | Interest | | | Buy | 3/9 | K | | |
| 306. | A | Dividend | | | Sell | 8/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.   -Pimco Mun Income Fd II Com | A | Interest | | | Buy | 3/9 | K | | |
| 308. | A | Dividend | | | Sell | 8/1 | K | | |
| 309.   -Riverbed Technology Inc Com | | None | | | Buy | 3/8 | K | | |
| 310. | | | | | Sell | 4/18 | K | | |
| 311.   -Sears Hldgs Corp | | None | | | Buy | 2/9 | K | | |
| 312. | | | | | Sell | 2/28 | K | | |
| 313.   -Templeton Russian and East European Fd | | None | | | Buy | 1/4 | K | | |
| 314. | | | | | Sell | 1/29 | K | | |
| 315.   -Terex Corp New | | None | | | Buy | 10/15 | J | | |
| 316. | | | | | Sell | 11/8 | J | | |
| 317.   -Terra Nitrogen Co. LP | | None | | | Buy | 5/14 | K | | |
| 318. | | | | | Sell | 5/22 | K | | |
| 319.   -Thornburg Mtg Inc | | None | | | Buy | 6/5 | K | | |
| 320. | | | | | Sell | 7/24 | K | | |
| 321.   -Time Warner Cable Inc. Cl A | | None | | | Buy | 11/7 | J | | |
| 322. | | | | | Sell | 12/6 | J | | |
| 323.   -United Technologies Corp | A | Dividend | | | Buy | 2/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sell Part. | 8/1 | J | A | |
| 325. | | | | | Sell | 11/16 | J | B | |
| 326. -USG Corp Com New | | None | J | T | Buy | 10/15 | J | | |
| 327. -Vale Cap Ltd Gtd NT Ser Rio Conv Into | A | Dividend | | | Buy | 8/20 | K | | |
| 328. | | | | | Sell | 11/8 | K | D | |
| 329. -Vanguard Index Fds Vanguard Large Cap | A | Dividend | | | Buy | 9/18 | L | | |
| 330. | | | | | Sell | 11/16 | L | | |
| 331. Brokerage Acct. #4 | | | | | | | | | |
| 332. -ML Ready Asset Trust | A | Dividend | J | T | | | | | |
| 333. -Citigroup Inc. | A | Dividend | J | T | | | | | |
| 334. -Clough Global Opptys | C | Dividend | J | T | Buy | 2/13 | J | | |
| 335. | | | | | Buy | 5/14 | J | | |
| 336. | | | | | Sell Part. | 8/3 | K | | |
| 337. -Eaton Vance Enhanced Equity Fund | A | Dividend | J | T | | | | | |
| 338. -KBW Inc. | | None | J | T | | | | | |
| 339. -Travelers Cos. Inc. | A | Dividend | J | T | | | | | f.k.a. St. Paul Travelers |
| 340. -Visteon Corp. Delaware | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Van Kampen 593 Muni Ser | A | Interest | | | Buy | 1/9 | J | | |
| 342. | | | | | Sell Part. | 1/9 | J | | |
| 343. | | | | | Buy | 1/12 | J | | |
| 344. | | | | | Buy | 1/26 | J | | |
| 345. | | | | | Buy | 2/27 | J | | |
| 346. | | | | | Sell | 3/1 | M | | |
| 347. -Blackrock Global Equity Income Tr | B | Dividend | K | T | Buy | 3/27 | L | | |
| 348. -Nuveen Core Equity Alpha Fund | A | Dividend | K | T | Buy | 3/27 | L | | |
| 349. -Blackrock Long Term Mun | B | Dividend | L | T | Buy | 8/3 | K | | |
| 350. -Pimco Global Stockplus Income Fund | A | Dividend | J | T | | | | | |
| 351. Trust #1- Account No. 2 | E | Dividend | P1 | T | | | | | |
| 352. | E | Interest | | | | | | | |
| 353. | C | Royalty | | | | | | | |
| 354. -Schwab Muni Money Fund (SWXXX) | | | | | Closed | 3/16 | | | Transferred to SWFXX |
| 355. -Sch AMT TF Money Market Fd (SWFXX) | | | | | Opened | 3/16 | | | Transferred from SWXXX |
| 356. -Schwab Muni Money Fund (SWTXX) | | | | | Closed | 3/15 | | | Transferred to SWWXX |
| 357. -Sch AMT Tax-Free Money Mt Fd (SWWXX) | | | | | Opened | 3/15 | | | Transferred from SWTXX |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Allen Cnty IN Comm Bonds | | | | | | | | | |
| 359. -Belding MI School Bonds | | | | | | | | | |
| 360. -Cook Cnty IL Gen Rev Bonds | | | | | | | | | |
| 361. -Detroit MI City Schl Bonds | | | | | | | | | |
| 362. -Jackson City MI Wastewater Disp. Bonds | | | | | | | | | |
| 363. -Kent County MI Rev Bonds | | | | | | | | | |
| 364. -Meridian MI Publ Schl Bonds | | | | | | | | | |
| 365. -South Redford MI Sch Bonds | | | | | Redemption | 5/1 | K | | |
| 366. -Wisconsin St. Transn Bonds | | | | | | | | | |
| 367. -Zeeland MI Pub School Bonds | | | | | | | | | |
| 368. -AT&T Inc. CS | | | | | | | | | |
| 369. -Alabama Power Co Pfd-ALPP | | | | | | | | | |
| 370. -Alabama Power Co Pfd-ALPN | | | | | | | | | |
| 371. -Archer-Daniels-Midland Co. | | | | | Buy | 3/29 | J | | |
| 372. | | | | | Buy | 12/19 | K | | |
| 373. -Avaya Inc. | | | | | Sell | 10/26 | J | D | |
| 374. -Bear Stearns Pfd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Citigroup Inc. Pfd | | | | | Sell | 10/9 | K | | |
| 376. -Comcast Corp New CL A | | | | | | | | | |
| 377. -FNMA Pfd | | | | | Sell | 11/21 | K | | |
| 378. -Freeport McMorn 6.75% Pfd | | | | | Buy | 4/4 | J | | |
| 379. -Grupo Televisa SA De CVF | | | | | | | | | |
| 380. -Harrahs Entertainment Inc. CS | | | | | | | | | |
| 381. -Intel Corp. CS | | | | | | | | | |
| 382. -Isis Pharmaceuticals Inc. | | | | | | | | | |
| 383. -LSI Corporation | | | | | | | | | f.k.a. Agere Systems, Inc. |
| 384. -Marriott Intl Inc. Cl A CS | | | | | | | | | |
| 385. -Omnova Solutions, Inc. | | | | | | | | | |
| 386. -Pengrowth Energy Trust | | | | | | | | | |
| 387. -Pimco Cal. Muni Inc Fund II | | | | | Buy | 3/9 | K | | |
| 388. -Pimco Muni Income Fund | | | | | | | | | |
| 389. -Pimco Muni Income Fund II | | | | | Buy | 3/9 | K | | |
| 390. -Pioneer Muni High Inc. Trust | | | | | | | | | |
| 391. -Schnitzer Stl Inds Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -SPDR Series Trust ETF | | | | | Buy | 9/26 | K | | |
| 393. -Wynn Resorts | | | | | | | | | |
| 394. -Franklin Custodian Funds Inc. US Gov't Secs | | | | | | | | | |
| 395. -Annaly Capital Mgmt | | | | | | | | | |
| 396. -Buckeye Partners LP | | | | | | | | | |
| 397. -General Motors Acc. Corp. | | | | | | | | | |
| 398. -Hugoton Royalty Trust | | | | | | | | | |
| 399. -Kinder Morgan Energy Ptrs LP | | | | | | | | | |
| 400. -Plum Creek Timber Co. | | | | | | | | | |
| 401. -Prologis Trust New Reit | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 11, "Advent Claymore"· This was sold completely on 4/1/05, and reported on the Financial Disclosure Report dated 5/15/06. Unfortunately, the line for this asset was not deleted in preparing the Financial Disclosure Report for 2006. This error was discovered 7/8/08, and has been corrected on this 2007 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 08/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544